# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-01695-TUC-JAS (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| David Kapone Williams, et al., | |
| Defendant. | |

The Court, having conducted a status conference on July 5, 2022, schedules the following trial dates for the various defendant groups.[1] The trial scheduled October 11, 2022 at 9:00 AM, for Group 4 Defendants, Michael Williams and Samuel Rakestraw, is affirmed.[2]

IT IS ORDERED that the trial for the defendants in Group 2, Mark Holguin, Labarr Martinez, and David Gorosave, shall begin March 7, 2023 at 9:00 AM. Excludable delay under 18 U.S.C. §3161(h)(7) is found to commence on August 24, 2022 and end on March 7, 2023.

IT IS FURTHER ORDERED that the trial for the Defendants in Group 1, Marcell Howell, Cliffton Martinez, Tenell Mure, and Troy Howell, shall begin June 6, 2023 at 9:00 AM. Excludable delay under 18 U.S.C. §3161(h)(7) is found to commence on August 24, 2022 and end on June 6, 2023.

IT IS FURTHER ORDERED that the trial for the Defendants in Group 3, David Williams, Marcell Gray, Megan Borges, Keana Iwankiw, Jermaine Maxwell, and Bhishm

---

[1] Formal scheduling orders will be issued when appropriate.

[2] Firm trial dates for defendants Shawmaine Moore and Dezirae Monteen, who were formerly part of Group 4, will be determined later at an appropriate date. Their trial is currently scheduled for October 11, 2022 at 9:00 AM. Counsel are directed to file motions to continue the trial and plea deadline as necessary.

Neal shall begin September 12, 2023 at 9:00 AM. Excludable delay under 18 U.S.C. §3161(h)(7) is found to commence on August 24, 2022 and end on September 12, 2023. Counsel are informed that this date is tentative and may be subject to change as necessary. It should be noted that, due to the size of Group 3, it may be necessary to divide the group to efficiently proceed to trial.

Dated this 12th day of July, 2022.

Honorable James A. Soto
United States District Judge